**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **Eric James De Weerd** ) | CASE NO. 21-02945-jw |
| ) | |
| ) | CHAPTER 11 |
| ) | |
| **DEBTOR** ) | |
| ) | |
| ) | |
| _____ ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, as an attorney for Ally Bank, a creditor herein, hereby enters his appearance in the captioned case and requests that his name and address be added to the mailing matrix for purposes of receiving copies of all applicable pleadings, notices, and orders.

This the 18th day of November, 2021

HUTCHENS LAW FIRM LLP

BY: /s/John B. Kelchner
   John B. Kelchner (ID #6987)
   Attorney for Ally Bank
   Hutchens Law Firm LLP
   P.O. Box 8237 (29202)
   240 Stoneridge Drive, Suite 400
   Columbia, SC 29210
   803-726-2700

Firm Case No: 1338354 (BK.CAE)

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Eric James De Weerd ) | CASE NO. 21-02945-jw |
| ) | |
| ) | CHAPTER 11 |
| ) | |
| DEBTOR ) | |
| ) | |
| ) | |
| ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, do hereby certify that on today's date, I served on the persons below a copy of the Notice of Appearance in the above-referenced case by either electronic mail in accordance with U.S. Bankruptcy Court, District of South Carolina, Operating Order 08-07, with respect to CM/ECF Participants, or depositing same in the United States Mail with sufficient postage affixed and addressed as follows, with respect to all other persons:

Address for Debtor:
Eric James De Weerd
4 McIntosh Road
Hilton Head Island, SC 29926


    This the 18th day of November, 2021

        HUTCHENS LAW FIRM LLP

        BY: /s/Cameron Pruitt
           Cameron Pruitt
           Administrative Assistant
           Hutchens Law Firm LLP
           P.O. Box 8237 (29202)
           240 Stoneridge Drive, Suite 400
           Columbia, SC 29210
           803-726-2700